Motion GRANTED.
ICMC reset for
10/22/12 at 4:15 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY FULLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-cv-0705 |
| | ) | Trauger/Knowles |
| **BUMPUS/MURFREESBORO, LLC,** | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

The parties, by and through their undersigned counsel, jointly request that the Court move the case management conference, originally set for Monday, September 17, 2012, and re-set by the Court to Tuesday, September 18, 2012, to the afternoon of October 22 or 25, 2012. Counsel for Defendant conferred with the courtroom deputy and learned these dates are potentially convenient for the Court. These dates are likewise mutually convenient and acceptable to the parties.

Thus, the parties jointly request the initial case management conference be rescheduled for October 22 or 25, 2012.

**Submitted this 13th day of September, 2012:**

**Approved for Entry:**
s/ Kerry Knox
*with express permission by Mary Dohner Smith*
Kerry Knox
Attorney for Plaintiff
117 South Academy Street
Murfreesboro, TN 37130