IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0705 |
| ) | Judge Trauger |
| BUMPUS/MURFREESBORO, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

A discovery dispute telephone conference was held with counsel for the parties on March 27, 2013. The following are hereby **ORDERED**:

1. The defendant may subpoena from the employers for whom the plaintiff worked during the time he was employed by the defendant records related to hours worked only.

2. The plaintiff shall furnish to the defendant medical records related to hospitalizations or outpatient procedures performed during the time of his employment with the defendant.

3. The plaintiff shall produce to the defendant records related to supplemental benefits for which he applied during or within six months after his employment with the defendant.

4. The plaintiff shall produce to the defendant W-2 forms and schedules related to any self-employment for tax years during which he worked for the defendant.

5. The plaintiff may depose the eight employees of the defendant that the plaintiff proposes to depose.

6. Permission is granted for the filing of a partial summary judgment motion related to the measure of damages.

It is so **ORDERED**.

ENTER this 27th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge